No. 77–5470. KEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–5475. KNIGHT v. HANDWRITING EXEMPLARS. C. A. 3d Cir. Certiorari denied.

No. 77–5501. CARTER v. DE GRAZIA ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–5507. MASON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5510. GUERRERO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–5512. MURPHY v. FATZER, CHIEF JUSTICE, SUPREME COURT OF KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–5513. PETRAUSKAS v. KIPNIS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 77–5518. GREEN v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5520. BAUHAUS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 77–5526. MORRIS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 77–5533. KURZ ET UX. v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–5534. ARZATE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–5535. KNIGHTEN v. BRODERICK. Sup. Ct. Miss. Certiorari denied.